**Order entered November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-08-00615-CV

**LEE C. RITCHIE, AS DIRECTOR OF RUPE INVESTMENT CORPORATION AND AS TRUSTEE FOR THE DALLAS GORDON RUPE TRUST, ET AL., Appellants**

**V.**

**ANN CALDWELL RUPE, AS TRUSTEE FOR THE DALLAS GORDON RUPE, III 1995 FAMILY TRUST, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-06944**

## ORDER

Before the Court is the parties' joint motion for leave to file briefs on remand. We **GRANT** the motion. We **DIRECT** the Clerk to file appellant's brief on remand received November 18, 2014 as of the date of this Order. Appellee's brief on remand shall be due on January 12, 2015. Appellant's reply brief is due on January 22, 2015. Both appellant's and appellee's briefs are limited to fifteen pages and appellant's reply brief is limited to ten pages.

/s/     CRAIG STODDART
        JUSTICE